## Commonwealth *v.* Fisher, Appellant.

882

Argued March 18, 1974. *J. Graham Andes,* Assistant Public Defender, with him *John R. Merrick,* Public Defender, for appellant; *Timothy H. Knauer,* Assistant District Attorney, with him *F. Ned Hand,* Assistant District Attorney, and *William H. Lamb,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.